# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2010

Marilyn Kelly,
Chief Justice

140302

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ESCANABA PAPER COMPANY,
        Plaintiff-Appellee,

v

SC: 140302
COA: 286144
Ct of Claims: 04-000227-MT

DEPARTMENT OF TREASURY,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2010

Clerk

0429